UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHN EDWARD ANDERSON, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:16-CV-235-HBG |
| | ) |
| OAK RIDGE SCHOOLS BOARD OF | ) |
| EDUCATION a/k/a OAK RIDGE CITY | ) |
| BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties [Doc. 12].

The parties appeared before the Court for a pretrial conference on January 22, 2019. Attorney Douglas Janney appeared on behalf of Plaintiff. Attorneys Jonathan Taylor and Hilary Magacs appeared on behalf of Defendants. The parties reviewed their positions with the Court, and the Court addressed several pending motions. The Court finds that this matter is ripe for mediation, and could, very likely, be resolved through mediation.

Therefore, the parties **SHALL** utilize the Federal Mediation Program by attending a mediation conference on or before **March 1, 2019**, in which the parties are to address all remaining issues in this matter. E.D. Tenn. L.R. 16(4)(l). All parties are expected to be present and participate in the mediation process in good faith, with the goal of reaching a fair and reasonable settlement. Within seven days of that conference, the mediator **SHALL** file a mediation report, and the parties **SHALL** ensure that he does so. E.D. Tenn. L.R. 16.4(m). Accordingly, the trial

in this matter shall be continued on the Court's own motion to **March 11, 2019**, to allow for mediation.

      **IT IS SO ORDERED.**

ENTER:

_____
United States Magistrate Judge